# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **C.A. No. 5:18-CV-00018-MOC-DSC** |
| HERITAGE HOME GROUP, LLC, | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SETTLEMENT

COMES NOW Defendant Heritage Home Group, LLC ("HHG" or "Defendant") and informs the Court that the parties have reached a settlement in this matter and plan to file a Joint Motion for Entry of Consent Decree on May 22, 2018.

Respectfully submitted this 21st day of May, 2018.

s/ Kevin S. Joyner
Kevin S. Joyner, N.C. Bar No. 25605
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, N.C. 27609
Telephone: (919) 787-9700
Facsimile: (919) 783-9412
Kevin.Joyner@ogletreedeakins.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Kevin S. Joyner, hereby certify that on this day I electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the Court's CM/ECF System, which will send notification of the filing to the following individual:

> Katherine J. Christy
> Trial Attorney
> EEOC Charlotte Office
> 129 West Trade Street, Suite 400
> Charlotte, North Carolina 28202
> katherine.christy@eeoc.gov

I also sent notification via U.S. mail to the following individuals, who failed to provide any email address for CM/ECF service:

> Lynette A. Barnes
> Kara Gibbon Haden
> EEOC Charlotte District Office
> 129 W. Trade Street, Suite 400
> Charlotte, NC 28202

This the 21st day of May, 2018.

> s/ Kevin S. Joyner
> Kevin S. Joyner, N.C. Bar No. 25605
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
> 4208 Six Forks Road, Suite 1100
> Raleigh, N.C. 27609
> Telephone: (919) 787-9700
> Facsimile: (919) 783-9412
> Kevin.Joyner@ogletreedeakins.com
>
> *Attorneys for Defendant*

34174540.1